In the Matter of the Application of ISIDOR FREIBERG, Respondent, for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Appellant, to Pay over Certain Funds Now at the Bank of United States.— Order reversed, with ten dollars costs and disbursements, and motion for a rehearing granted, and, on such rehearing, motion for a summary order directing the Superintendent of Banks to pay over money, and for further relief, denied, with ten dollars costs. (See *Matter of Maged*, 234 App. Div. 295; affd., 259 N. Y. ——.) Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GLADYS SEIDEN and Others, Respondents, v. JANSON O. DECKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of RUGOFF & Co., INC., Assignor, to ALFRED L. BECK, Assignee. JESSIE WOLFE, Petitioner, Appellant; ALFRED L. BECK, Assignee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANCES BASKIN PARRISH, Respondent, v. FRANCIS HARCOURT PARRISH, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Appellant, v. THE NATIONAL SAFETY BANK AND TRUST COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

RALPH T. SMITH and Others, Appellants, v. HENRY F. WILSON, as Executor, etc., of MARY R. CHISHOLM, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROBERT D. DOUGLASS and Others, as Surviving Executors, etc., of ROBERT G. DUNN, Deceased, Plaintiffs, v. MARY R. CHISHOLM and Another, Individually and as Executors, etc., of ELLEN M. CHISHOLM, Deceased, and Others, Defendants. In the Matter of the Application of NELLIE C. CHISHOLM and Another, as Executors, etc., of WALTER CHISHOLM, Deceased, for the Payment of the Surplus Moneys, or Some Part Thereof, Deposited to the Credit of the Above-Entitled Action.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

VICTOR HOUSE and Others, Respondents, v. CONKEY P. WHITEHEAD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Martin, J., dissents and votes for affirmance.

HELEN LYNN SCHLEY, Respondent, v. CHARLES E. SCHLEY, Appellant.— Order modified by reducing amount awarded for the support and maintenance of plaintiff to the sum of $50 per week, and the counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.